# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00181-CV

## In the Matter of R. L. C.

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. J-21,148, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellant filed an unopposed motion to dismiss his appeal advising that he no longer desires to pursue this appeal.

The appeal is dismissed on the unopposed motion of Appellant. Tex. R. App. P. 42.1(a)(2).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: May 23, 2002

Do Not Publish